

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00135-CR

---

### In re Kevin Nichols, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

On March 30, 2026, Relator, Kevin Nichols, filed two single-page, handwritten documents, which do not provide a case style and are not signed, requesting that we "File Overbreath [sic] doctrine for [the trial court judge]." Because these documents are not associated with any pending appellate proceeding and Nichols affirmatively requests relief, we construe the documents as a petition initiating an original appellate proceeding seeking extraordinary relief.[1] *See* Tex. R. App.

---

[1] We note that Nichols' petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.1(b), 9.4, 9.5, 52.3, 52.7.

P. 52.1 (stating that a petition filed in an appellate court seeking extraordinary relief, such as a writ of mandamus or a writ of quo warranto, commences an original appellate proceeding).

After consideration, the court has determined that Nichols is not entitled to the relief sought. We deny the petition. Any pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

April 6, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)